Edward S. Thomas, as Trustee in Bankruptcy of the Estate of Ernest F. Croeniger and Pierre S. Busschaert, Individually and as Members of the Firm of Croeniger & Company, Appellant, v. Antonio Pardo, Respond-

ent.— Order affirmed, with ten dollars costs and disbursements. No opinion.